**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>CZARNOWSKI DISPLAY SERVICES, INC., <br>an Illinois corporation, <br><br>　　　　Defendant. | Case No. 2:24-cv-00152-KKE <br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME REGARDING ANSWER AND INITIAL CASE MANAGEMENT DATES** |

　　　　Plaintiff Northwest Administrators, Inc. ("Plaintiff") and Defendant Czarnowski Display Services, Inc. ("Defendant") have filed their Stipulated Motion for Extension of Time Regarding Answer and Initial Case Management Dates, for Kuehne to answer, present defenses, or otherwise respond to Plaintiff's Complaint to Compel Audit ("Complaint"), and for the parties to respond to Initial Case Management deadlines previously ordered by this Court [Dkt. 7].

　　　　IT IS HEREBY ORDERED:

　　　　1.　　That Defendant shall file its answer or otherwise responsive pleading to Plaintiff's Complaint on or before April 15, 2024;

　　　　2.　　The parties are to hold their Rule 26(f) Conference on or before April 29, 2024;

　　　　3.　　The parties shall exchange their Rule 26(a)(1) Initial Disclosures on or before May 13, 2024; and

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME REGARDING ANSWER AND INITIAL CASE MANAGEMENT DATES - 1
Case No. 2:24-cv-00152-KKE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

4.  The parties' Joint Status Report and Discovery Plan shall be filed no later than May 20, 2024.

DATED: February 29th, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
　　Russell S. Buhite, WSBA # 41257
　　1201 Third Avenue, Suite 5150
　　Seattle, WA  98101
　　Telephone:  (206) 693-7052
　　Facsimile:  (206) 693-7058
　　Email:  russell.buhite@ogletree.com

*Attorneys for Defendant Czarnowski Display Services, Inc.*

Approved as to Form; Presentation Waived:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By: */s/ Russell J. Reid*
　　Russell J. Reid, WSBA #2560
　　100 West Harrison Street
　　North Tower, Suite 300
　　Seattle, WA  98119
　　Telephone:  (206) 285-0464
　　Facsimile:  (206) 285-8925
　　Email:  RJR@rmbllaw.com

*Attorneys for Plaintiff Northwest Administrators, Inc.*

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME REGARDING ANSWER AND INITIAL CASE MANAGEMENT DATES - 2
Case No. 2:24-cv-00152-KKE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME REGARDING
ANSWER AND INITIAL CASE
MANAGEMENT DATES - 3
Case No. 2:24-cv-00152-KKE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058