1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

NORTHWEST ADMINISTRATORS, INC.,

      Plaintiff,

  vs.

CZARNOWSKI DISPLAY SERVICES, INC.,
an Illinois corporation,

      Defendant.

Case No. 2:24-cv-00152-KKE

**ORDER GRANTING SECOND
STIPULATED MOTION FOR
EXTENSION OF TIME TO ANSWER
PLAINTIFF'S COMPLAINT**

    Plaintiff Northwest Administrators, Inc. ("Plaintiff") and Defendant Czarnowski Display Services, Inc. ("Defendant") have filed their Second Stipulated Motion for Extension of Time to file their Answer to Plaintiff's Complaint to Compel Audit ("Complaint").

    IT IS HEREBY ORDERED that the MOTION is **GRANTED**:

    Defendant shall file its answer or otherwise responsive pleading to Plaintiff's Complaint on or before May 6, 2024.

DATED: April 15, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING SECOND STIPULATED
MOTION FOR EXTENSION OF TIME TO
ANSWER PLAINTIFF'S COMPLAINT - 1
Case No. 2:24-cv-00152-KKE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA # 41257
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

*Attorneys for Defendant Czarnowski Display Services, Inc.*


Approved as to Form; Presentation Waived:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By: */s/ Russell J. Reid*
    Russell J. Reid, WSBA #2560
    100 West Harrison Street
    North Tower, Suite 300
    Seattle, WA  98119
    Telephone:  (206) 285-0464
    Facsimile:  (206) 285-8925
    Email:  RJR@rmbllaw.com

*Attorneys for Plaintiff Northwest Administrators, Inc.*

ORDER GRANTING SECOND STIPULATED
MOTION FOR EXTENSION OF TIME TO
ANSWER PLAINTIFF'S COMPLAINT - 2
Case No. 2:24-cv-00152-KKE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2024, I served the foregoing [PROPOSED] ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT via the method(s) below upon the following parties:

Russell J. Reid, WSBA #2560
REID, BALLEW, LEAHY & HOLLAND, L.L.P.
100 West Harrison Street
North Tower, Suite 300
Seattle, WA  98119
Telephone:  (206) 285-0464
Facsimile:  (206) 285-8925
Email:    RJR@rmbllaw.com

*Attorneys for Plaintiff Northwest Administrators, Inc.*

☒    by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐    by **mailing** a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐    by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 15th day of April, 2024 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Jordan E. Sheets*
     Jordan E. Sheets, Practice Assistant
     jordan.sheets@ogletree.com

ORDER GRANTING SECOND STIPULATED
MOTION FOR EXTENSION OF TIME TO
ANSWER PLAINTIFF'S COMPLAINT - 3
Case No. 2:24-cv-00152-KKE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058