# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CZARNOWSKI DISPLAY SERVICE, INC.,<br>an Illinois corporation,<br><br>　　　　Defendant. | Case No. 2:24-cv-00152-KKE<br><br>**ORDER GRANTING THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT** |

　　　This matter comes before the Court on the parties' third stipulated motion to extend Defendant's time to respond to Plaintiff's complaint to compel audit ("Complaint"). Dkt. No. 17.

　　　The Court GRANTS the motion (Dkt. No. 17). Defendant shall file its answer or other responsive pleading to Plaintiff's Complaint on or before June 5, 2024.

　　　DATED: May 3, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_Kymberly K. Evanson_
　　　　　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge