THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CZARNOWSKI DISPLAY SERVICE, INC., an Illinois corporation, <br><br> Defendant. | NO.   2:24-cv-00152-KKE <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys, Russell J. Reid and Thomas A. Leahy of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff, and Russell S. Buhite of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for Defendant, Czarnowski Display Service, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

//

//

//

//

//

DATED this _3_ day of July, 2024.

| | |
|---|---|
| REID, BALLEW, LEAHY & HOLLAND, L.L.P. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| _/s/ Russell J. Reid_ | _/s/ Russell S. Buhite_ |
| Russell J. Reid, WSBA #2560 | Russell S. Buhite, WSBA #41257 |
| Thomas A. Leahy, WSBA #26365 | |
| 100 West Harrison St., N. Tower #300 | 1201 Third Avenue, Suite 5150 |
| Seattle WA 98119 | Seattle WA 98101 |
| (206) 285-0464 | (206) 693-7052 |
| Emails: rjr@rmbllaw.com/tom@rmbllaw.com | Email: Russell.buhite@ogletree.com |
| Attorneys for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 5th day of July, 2024.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

Submitted for Entry:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By       */s/ Russell J. Reid*
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
100 West Harrison St., N. Tower #300
Seattle WA 98119
(206) 295-0464
Emails: rjr@rmbllaw.com/ tom@rmbllaw.com
Attorneys for Plaintiff